UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :      **LIMITED UNSEALING ORDER**
        -v.-                     :
                                 :      19 Cr.
CHARLES WILLIAMS ONUS,           :
        a/k/a "CaHouse,"         :      19 CRIM 346
                                 :
                    Defendant.   :
                                 :
- - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Sagar K. Ravi;

WHEREAS the Indictment and arrest warrant in the above-captioned case are currently sealed; and

WHEREAS the United States Attorney's Office has applied to have the Indictment and arrest warrant unsealed for the limited purpose of consulting with and providing notice to the victims of the offenses charged in the Indictment, and allowing the United States Attorney's Office to transmit the Indictment and arrest warrants to representatives from the Department of State, other U.S. federal agencies, and foreign authorities, including but not limited to law enforcement, intelligence and diplomatic authorities, for purposes of effectuating provisional arrest warrants, requests made under Mutual Legal Assistance Treaties, extradition requests and coordinating federal government and law

enforcement and other U.S. and foreign government activity prior to unsealing of the Indictment; it is hereby

ORDERED that the Indictment and arrest warrant in this matter be unsealed for the limited purposes described in the preceding paragraph; and it is further

ORDERED that the Indictment, arrest warrant, and this Order shall remain under seal until further Order from the Court.

Dated:   New York, New York
         May 9, 2019

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE