UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CHARLES WILLIAMS ONUS,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 346 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      A conference in this action will take place on **May 5, 2021 at 9:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       April 21, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge