UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHARLES WILLIAMS ONUS,

               Defendant.

**ORDER**

19 Cr. 346 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this action scheduled for **May 5, 2021 at 9:00 a.m.** is adjourned to **June 8, 2021 at 9:30 a.m.**

Dated: New York, New York
       May 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge