UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHARLES WILLIAMS ONUS,

          Defendant.

**ORDER**

19 Cr. 346 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, the Court will conduct a hearing concerning the Government's appeal of the Magistrate Judge's June 2, 2021 release order on **June 8, 2021 at 9:30 a.m.**[1] The Government's submission in support of its appeal will be filed by **June 4, 2021 at 5:00 p.m.** Defendant will submit his opposition by **June 7, 2021 at 12:00 noon.**

Dated: New York, New York
       June 3, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

---

[1] With the consent of the Defendant, the hearing will take place by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access/security code 6212642. The press and public may obtain access to the hearing by dialing the same number and using code. No later than **June 7, 2021**, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the hearing so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.