UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

CHARLES WILLIAMS ONUS,

Defendant.

**ORDER**

19 Cr. 346 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated at today's hearing, the Magistrate Judge's June 2, 2021 ruling granting pretrial release is reversed. On the current record, the Defendant will be detained pending trial. This ruling is without prejudice to the Defendant submitting a different bail package involving substantially greater security and cosigners who have demonstrated moral suasion over the Defendant.

The next conference in this matter will take place on **September 7, 2021 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge