UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

CHARLES WILLIAMS ONUS,

Defendant.

**ORDER**

19 Cr. 346 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a bail hearing in this matter on **September 3, 2021 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.[1]

Dated: New York, New York
August 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] If Defendant consents to a remote hearing, counsel is advised to file a letter with the Court stating as much.