

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 19, 2021

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States* v. *Charles Williams Onus*, 19 Cr. 346 (PGG)

Dear Judge Gardephe:

    As the Court is aware, earlier today the Court issued an order scheduling an in-person bail hearing in this matter for September 3, 2021 at 10:30 a.m.  Because the undersigned is scheduled to be out of the office that day, the Government respectfully requests a short adjournment of the bail hearing until the in-person pretrial conference already scheduled four days later on September 7, 2021 at 10:00 a.m.  Alternatively, the Government could appear at the bail hearing on September 3, 2021 remotely.  I have consulted with defense counsel Douglas Rankin who has no objection to this request but would prefer an in-person hearing.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for
    the Southern District of New York

By: _____
    Sagar K. Ravi
    Assistant United States Attorney
    (212) 637-2195

**Memo Endorsed:** The bail hearing scheduled for September 3 is adjourned to September 7, 2021 at 10:00 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: August 23, 2021