UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CHARLES WILLIAM ONUS,

               Defendant.

**ORDER**

19 Cr. 346 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The telephonic conference scheduled for October 27, 2021 is adjourned to **January 3, 2022 at 2:00 p.m.**

        The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Seven days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

        Upon the application of the United States of America, by and through Assistant United States Attorney Sagar K. Ravi, and with the consent of Defendant Charles William Onus, by and through his counsel, it is further ordered that the time from October 27, 2021 through January 3, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The ends of justice served by the granting of this continuance outweigh the

interest of the public and the Defendants in a speedy trial, because it will permit the parties to continue their discussions regarding a pre-trial resolution.

Dated: New York, New York
October 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge