UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CHARLES WILLIAM ONUS,

               Defendant.

**ORDER**

19 Cr. 346 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The change-of-plea hearing currently scheduled for February 22, 2022 at 12:30 p.m. by telephone will now take place on **February 22, 2022 at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       February 18, 2022

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge